# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Masterscapes Incorporated, et al., | No. CV-17-00462-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Masterscapes LLC, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 52.) For good cause shown,

**IT IS ORDERED:**

1. The above-captioned matter is hereby dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs; and

2. This Court expressly reserves jurisdiction over the parties for the purpose of enforcing the confidential settlement agreement reached between them.

Dated this 28th day of February, 2018.

_____
Douglas L. Rayes
United States District Judge